1  BURKE, WILLIAMS & SORENSEN, LLP
   DANIEL W. MAGUIRE, State Bar No. 120002
2  E-Mail: dmaguire@bwslaw.com
   444 South Flower Street
3  Suite 2400
   Los Angeles, CA 90071-2953
4  Telephone: (213) 236-0600
   Facsimile: (213) 236-2700
5
   Attorneys for Defendant
6  Life Insurance Company of North America

7

8              UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA

10                                '07 CV 2168 H

11 | CONRAD SHEFF M.D., an         | CASE NO.
   | individual,                   |
12 |                               | DEFENDANT'S NOTICE OF
   |        Plaintiff,             | PARTY WITH FINANCIAL
13 |                               | INTEREST
   | v.
14 |
   | LIFE INSURANCE COMPANY OF
15 | NORTH AMERICA, a Pennsylvania
   | Corporation conducting business in
16 | the State of California and doing
   | business as CIGNA GROUP
17 | INSURANCE and Does 1 through
   | 50, inclusive,
18 |
   |        Defendants.
19

20

21

22     Defendant Life Insurance Company of North America is an indirect

23 subsidiary of CIGNA Corporation. CIGNA Corporation is a publicly-held

24 ///

25 ///

26 ///

27 ///

28 ///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4848-3290-4194 v1

ORIGINAL

DEFENDANT'S NOTICE OF PARTY WITH
FINANCIAL INTEREST

1  company listed on the New York Stock Exchange, which trades under the symbol
2  "CI". No individual or entity owns ten percent or more of CIGNA Corporation's
3  stock.

DATED: November 9, 2007

BURKE, WILLIAMS & SORENSEN, LLP
DANIEL W. MAGUIRE

By: _____
DANIEL W. MAGUIRE
Attorneys for Defendant
Life Insurance Company of North America

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is Burke, Williams & Sorensen, LLP, 444 South Flower Street, Suite 2400, Los Angeles, California 90071-2953.

On November 9, 2007, I served the following document(s) described as **DEFENDANT'S NOTICE OF PARTY WITH FINANCIAL INTEREST** on the interested party(ies) in this action as follows:

☒   by placing true copies thereof enclosed in a sealed envelope addressed stated on the attached service list.

☒   **BY MAIL:** I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope was placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

☐   **BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile. The telephone number of the sending facsimile machine was (213) 236-2700. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐   **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder.

☐   **BY HAND DELIVERY:** I delivered such envelope(s) by hand to the office of the addressee(s).

☐   **BY PERSONAL SERVICE:** I personally delivered such envelope(s) to the addressee(s).

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct. I declare that I ☒ am employed in the office of a member of the bar of this court at whose direction the service was made; ☐ served the above document(s) at the direction of a member of the bar of this court.

Executed on November 9, 2007, at Los Angeles, California.

*Mary Musulman* (signature)
MARY MUSULMAN

LA #4849-2963-6610 v1                                             1

# SERVICE LIST

*Sheff v. Life Ins. Co. of North America, et al.*

Stephen F. Lopez, Esq.
GERACI & LOPEZ
13355 Midland Road, Suite 140
Poway, CA 92064

Tel: (619) 233-3131
Fax: (619) 374-1911
Attorneys for Plaintiff Conrad Sheff, M.D.