1  BURKE, WILLIAMS & SORENSEN, LLP
   DANIEL W. MAGUIRE, State Bar No. 120002
2  E-Mail: dmaguire@bwslaw.com
   444 South Flower Street, Suite 2400
3  Los Angeles, CA 90071-2953
   Telephone: (213) 236-0600
4  Facsimile: (213) 236-2700

5  Attorneys for Defendant
   Life Insurance Company of North America
6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| CONRAD SHEFF M.D., an individual,<br><br>Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania Corporation conducting business in the State of California and doing business as CIGNA GROUP INSURANCE and Does 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 07 CV 2168 H CAB<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA TO DISMISS THE COMPLAINT**<br><br>[F.R.C.P. 12(b)(6)]<br><br>Date: December 17, 2007<br>Time: 10:30 a.m.<br>Ctrm: 13 |

TO PLAINTIFF CONRAD SHEFF, M.D., AND TO HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 17, 2007, at 10:30 a.m., in Courtroom 13 of the above-entitled Court, located at 880 Front Street, San Diego, California, Defendant Life Insurance Company of North America ("LINA") will move, pursuant to Federal Rules of Civil Procedure 12(b)(6) to dismiss the Complaint filed by Plaintiff Conrad Sheff, M.D. on the grounds that Plaintiff's claims for breach of contract and tortious breach of the implied covenant of good

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4839-5649-2034 v1

CASE NO. 07 CV 2168 H CAB
LINA'S MOTION TO DISMISS COMPLAINT

faith and fair dealing are preempted by the civil enforcement provisions of the Employee Retirement Income Security Act of 1974, as amended ("ERISA").

This Motion is based upon this Notice of Motion, the supporting Memorandum of Points and Authorities, the Declaration of Cheryl Chase and exhibit thereto, all pleadings and records on file in this action, and such other and further evidence and argument as may be presented at the hearing on this Motion.

DATED: November 16, 2007

BURKE, WILLIAMS & SORENSEN, LLP
DANIEL W. MAGUIRE


By: *s/ Daniel W. Maguire*
    DANIEL W. MAGUIRE
    Attorneys for Defendant
    Life Insurance Company of North America

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4839-5649-2034 v1

- 2 -

CASE NO. 07 CV 2168 H CAB
LINA'S MOTION TO DISMISS COMPLAINT

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is Burke, Williams & Sorensen, LLP, 444 South Flower Street, Suite 2400, Los Angeles, California 90071-2953.

     On November 16, 2007, I served the following document(s) described as **NOTICE OF MOTION AND MOTION OF DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA TO DISMISS THE COMPLAINT** on the interested party(ies) in this action as follows:

☐    by placing true copies thereof enclosed in a sealed envelope addressed stated on the attached service list.

☐    **BY MAIL:** I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope was placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

☐    **BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile. The telephone number of the sending facsimile machine was (213) 236-2700. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐    **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder.

☐    **BY HAND DELIVERY:** I delivered such envelope(s) by hand to the office of the addressee(s).

☐    **BY PERSONAL SERVICE:** I personally delivered such envelope(s) to the addressee(s).

☒    **BY ELECTRONIC SERVICE** of the document(s) through the Court's transmission facilities.

LA #4849-2963-6610 v1               1

1      I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct. I declare that I ☒ am employed in the office of a member of the bar of this court at whose direction the service was made; ☐ served the above document(s) at the direction of a member of the bar of this court.

    Executed on November 16, 2007, at Los Angeles, California.

*/s/ Mary Musulman*
MARY MUSULMAN

LA #4849-2963-6610 v1

2

## SERVICE LIST

*Sheff v. Life Ins. Co. of North America, et al.*

Stephen F. Lopez, Esq.
GERACI & LOPEZ
13355 Midland Road, Suite 140
Poway, CA  92064

Tel:  (619) 233-3131
Fax:  (619) 374-1911
Attorneys for Plaintiff Conrad Sheff, M.D.