1  STEPHEN F. LOPEZ, ESQ. (SBN 125058)
   GERACI & LOPEZ
2  Attorneys at Law
   13355 Midland Road
3  Suite 140
   Poway, California 92064
4  Telephone: (619) 233-3131
   Direct:    (858) 679-8151
5  Facsimile: (619) 374-1911

6  Attorneys for Plaintiff Conrad Sheff M.D.

FILED
07 NOV 19 AM 10: 37
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONRAD SHEFF M.D., an individual,<br><br>Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania Corporation conducting business in the State of California and doing business as CIGNA GROUP INSURANCE and Does 1, through 50, inclusive,<br><br>Defendants. | CASE NO: **3:07-cv-02168-H-CAB**<br><br>**PLAINTIFF'S DEMAND FOR TRIAL BY JURY** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, Conrad Sheff hereby demands a trial by jury of the above-entitled case.

DATED: November 19, 2007

**GERACI & LOPEZ**

By:_____
Stephen F. Lopez,
Attorneys for Plaintiff Conrad Sheff M.D.

ORIGINAL

1
**Jury Demand**

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Title of Case:<br>Sheff v. LINA | Case No: 3:07 CV 02168 H CAL |
| **Geraci & Lopez**<br>13355 Midland Road<br>Suite 140<br>Poway, CA 92064<br>(619) 231-3131<br>(858) 679-8151 (Direct) | |
| <u>Attorneys for</u> | |

## PROOF OF SERVICE
### (CODE OF CIVIL PROCEDURE § 1013a(1) & (3) & Local Rules, Div. II, Rule 6.7)

I, the undersigned, declare that I am over the age of 18 years and not a party to the case; I am employed in the County of San Diego, California, where the mailing occurs; and my business address is 13355 Midland Road, Suite 140 Poway, California, 92064. I further declare that I am readily familiar with the business' practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service that same day in the ordinary course of business.

I served the following documents(s):

**Plaintiff's demand for Trail by Jury**

by placing a true copy of each document in a separate envelope addressed to each addressee, respectively, as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

I then sealed each envelope and, with postage thereon fully pre-paid,

XX  **BY MAIL:** This same day and at my business shown above, I placed each for deposit in the United States Postal Service, following ordinary business practices.

☐  **BY PERSONAL DELIVERY:** I personally hand delivered to each addressee leaving said envelope with either the addressee directly or another person at that address authorized to accept service on the addressee's behalf.

☐  **BY FACSIMILE TRANSMISSION:** In addition to service by mail, as set forth above, the counsel or interested party authorized to accept service, by whose name an <u>asterisk (*)</u> is placed, was also forwarded a copy of said document(s) by facsimile transmission at the telefax number corresponding with his name. The facsimile machine I used complied with 22C rule 2003(3) and no error was reported by the machine. Pursuant to CRC rule 2005(I), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on November 19, 2007

_____
Stephen F. Lopez

| | |
|---|---|
| Title of Case:<br>Sheff v. LINA<br><br>**Geraci & Lopez**<br>13355 Midland Road<br>Suite 140<br>Poway, CA 92064<br>(619) 231-3131<br>(858) 679-8151 (Direct)<br><br>Attorneys for: | Case No: 3:07 CV 02168 H CAL<br><br>: |

**PROOF OF SERVICE**
**SERVICE LIST**

| | |
|---|---|
| Danial McGuire Esq.<br>Burke Williams & Sorenson<br>444 South Flower St.<br>Suite 2400<br>Los Angeles CA 90071 | Attorney for LINA |