UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

07 NOV 27 PM 3: 20

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

Conrad Sheff                )
                            )   Case No. 07 CV 2168 HCAB
      vs.                   )
                            )   DECLARATION OF SERVICE
                            )
                            )   Person Served:
                            )   Daniel McGuire
LINA, et al                 )
                            )   Date Served:
                            )   11/27/07

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:
FIRST AMENDED COMPLAINT FOR BENEFITS UNDER EMPLOYEE BENEFIT PLAN
in the following manner: (check one)

1)   By personally delivering copies to the person served.

2)   By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to ther person served at the place where the copies were left.

3)   By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4)  X   By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at Poway California on November 27, 2007.

Burke Williams & Sorensen
444 S. Flower St. Suite 2400 Los Angeles CA 90071

Executed on   November 27  , 20 07        at Poway California

ORIGINAL

::ODMA\PCDOCS\WORDPERFECT\14560\2 May 5, 1999 (10:01am)