# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONRAD SHEFF, M.D., an individual,<br><br>          Plaintiff,<br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation conducting business in the State of California and doing business as CIGNA GROUP INSURANCE and DOES 1 through 50, inclusive,<br><br>          Defendants. | CASE NO. 07-CV-2168 H (CAB)<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS** |

On September 24, 2007, plaintiff Conrad Sheff, M.D. filed a complaint against defendant Life Insurance Company of North America in the Superior Court of the State of California, County of San Diego. Defendant removed the action to federal court on November 13, 2007, and filed a motion to dismiss the complaint on November 16, 2007. (Doc. Nos. 1, 3.) A hearing on Defendant's motion was set for December 17, 2007.

Plaintiff filed a first amended complaint on November 27, 2007. (Doc. No. 8.) Accordingly, the Court denies as moot Defendant's motion to dismiss and vacates the hearing set for December 17, 2007. Such denial is without prejudice to Defendant's ability to file a

1  motion to dismiss the amended complaint.

2  IT IS SO ORDERED.

3  DATED: November 29, 2007

4  

5  MARILYN L. HUFF, District Judge
   UNITED STATES DISTRICT COURT

6  COPIES TO:
   All parties of record.

- 2 -

07cv2168