BURKE, WILLIAMS & SORENSEN, LLP
DANIEL W. MAGUIRE, State Bar No. 120002
E-Mail: dmaguire@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Telephone: (213) 236-0600
Facsimile: (213) 236-2700

Attorneys for Defendant
Life Insurance Company of North America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONRAD SHEFF M.D., an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania Corporation conducting business in the State of California and doing business as CIGNA GROUP INSURANCE and Does 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO. 07 CV 2168 H CAB<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT; (PROPOSED) ORDER** |

Plaintiff Conrad Sheff, M.D. and Defendant Life Insurance Company of North America ("LINA") hereby jointly move that LINA may have an extension of time to file its response to the First Amended Complaint in this matter, to and including January 4, 2008.

/ / /

/ / /

/ / /

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4819-2271-7186 v1

CASE NO. 07 CV 2168 H CAB
STIPULATION FOR EXTENSION

1  Good cause exists for this extension because the issues raised in the First
2  Amended Complaint require a detailed factual analysis to prepare the required
3  responsive pleading.

5  DATED: December 10, 2007

GERACI & LOPEZ
STEPHEN F. LOPEZ

By: _____
STEPHEN F. LOPEZ
Attorneys for Plaintiff
Conrad Sheff, M.D.

12  DATED: December 10, 2007

BURKE, WILLIAMS & SORENSEN, LLP
DANIEL W. MAGUIRE

By: _____
DANIEL W. MAGUIRE
Attorneys for Defendant
Life Insurance Company of North America

**ORDER**

IT IS SO ORDERED.

DATED: _____

_____
HON. MARILYN L. HUFF
U.S. DISTRICT COURT

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4819 2271 7186 v1         - 2 -         CASE NO. 07 CV 2168 H CAB
STIPULATION FOR EXTENSION

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is Burke, Williams & Sorensen, LLP, 444 South Flower Street, Suite 2400, Los Angeles, California 90071-2953.

On December 10, 2007, I served the following document(s) described as **JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT; (PROPOSED) ORDER** on the interested party(ies) in this action as follows:

☐ by placing true copies thereof enclosed in a sealed envelope addressed stated on the attached service list.

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope was placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

☐ **BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile. The telephone number of the sending facsimile machine was (213) 236-2700. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder.

☐ **BY HAND DELIVERY:** I delivered such envelope(s) by hand to the office of the addressee(s).

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope(s) to the addressee(s).

☒ **BY ELECTRONIC SERVICE** of the document(s) through the Court's transmission facilities.

LA #4849-2963-6610 v1                                          1

1  I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct. I declare that I ☒ am employed in the office of a member of the bar of this court at whose direction the service was made; ☐ served the above document(s) at the direction of a member of the bar of this court.

Executed on December 10, 2007, at Los Angeles, California.

*[signature]*

MARY MUSULMAN

LA #4849-2963-6610 v1

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SERVICE LIST

*Sheff v. Life Ins. Co. of North America, et al.*

Stephen F. Lopez, Esq.
GERACI & LOPEZ
13355 Midland Road, Suite 140
Poway, CA  92064

Tel:  (619) 231-3131
Fax:   (619) 374-1911
Attorneys for Plaintiff Conrad Sheff, M.D.

LA #4849-2963-6610 v1                              3