# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONRAD SHEFF, M.D., an individual,<br><br>　　　　　　　　　　　　Plaintiff,<br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation conducting business in the State of California and doing business as CIGNA GROUP INSURANCE and DOES 1 through 50, inclusive,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 07-CV-2168 H (CAB)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

　　　The Court grants the parties' joint motion for an extension of time for defendant Life Insurance Company of North America ("LINA") to respond to plaintiff's first amended complaint, filed by plaintiff on November 28, 2007. (Doc. Nos. 8, 10.) The Court orders that LINA shall file its response to the first amended complaint on or before January 4, 2008.

IT IS SO ORDERED.

DATED: December 11, 2007

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT