1  BURKE, WILLIAMS & SORENSEN, LLP
   DANIEL W. MAGUIRE, State Bar No. 120002
2  E-Mail: dmaguire@bwslaw.com
   444 South Flower Street, Suite 2400
3  Los Angeles, CA  90071-2953
   Telephone:  (213) 236-0600
4  Facsimile:   (213) 236-2700

5  Attorneys for Defendants
   Life Insurance Company of North America and
6  Southern California Permanente Medical Group
   Long Term Disability Plan
7
   GERACI & LOPEZ
8  STEPHEN F. LOPEZ, State Bar No. 125058
   E-Mail:  steve@gerlop.com
9  1335 Midland Road, Suite 140
   Poway, CA  92064
10 Telephone: (619) 231-3131
   Facsimile: (619) 374-1911
11
   Attorneys for Plaintiff Conrad Sheff, M.D.
12

13              UNITED STATES DISTRICT COURT

14              SOUTHERN DISTRICT OF CALIFORNIA

15

| 16 | CONRAD SHEFF M.D., an individual, | CASE NO. 07 CV 2168 H CAB |
|---|---|---|
| 17 |  | **JOINT MOTION TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE; (PROPOSED) ORDER** |
| 18 | Plaintiff, |  |
| 19 | v. |  |
| 20 | LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania Corporation conducting business in the State of California and doing business as CIGNA GROUP INSURANCE and Does 1 through 50, inclusive, |  |
| 21 |  | Date:  February 13, 2008<br>Time:  10:00 a.m.<br>Ctrm:  E<br>Judge: Hon. Cathy Ann Bencivengo |
| 22 |  |  |
| 23 | Defendants. | Date Action Removed: November 13, 2007 |
| 24 |  |  |

25

26     TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN AND

27 THEIR ATTORNEYS OF RECORD:

28 / / /

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4845-4796-9026 v1                               CASE NO. 07 CV 2168 H CAB
                                          JOINT MOTION TO CONTINUE ENE CONF

Plaintiff Conrad Sheff, M.D. (hereinafter "Plaintiff") and Defendants Life Insurance Company of North America ("LINA") and Southern California Permanente Medical Group Long Term Disability Plan (hereinafter "Plan"), by and through their respective counsel of record, hereby stipulate and respectfully request that the Early Neutral Evaluation Conference currently scheduled for February 13, 2008 be continued for approximately 30 days. LINA's corporate representative has a previous commitment in another case on February 13, and would therefore be unable to attend the ENE personally as scheduled. Therefore, the parties request a brief continuance of the Early Neutral Evaluation Conference in order to allow LINA's corporate representative to fulfill her pending commitment, and attend the ENE in this matter personally.

If the Court approves the parties' Joint Motion to Continue Early Neutral Evaluation Conference, the parties propose the following date (or a date thereafter as may be convenient to the Court):

- Early Neutral Evaluation Conference Date:   March 11, 2008

Good cause exists to grant the parties' request for a continuance based on the following grounds:

1.   The above-captioned action was filed in the San Diego County Superior Court and removed by Defendants to the United States District Court, Southern District, on November 13, 2007. LINA filed a Motion to Dismiss on November 16, 2007, and Plaintiff filed an Amended Complaint on November 27, 2007. The case involves disputes regarding disability insurance benefits under an ERISA plan.

///

2. On January 4, 2008, Defendants answered the Amended Complaint.

3. The Court's Order requires personal attendance by the appropriate corporate designee. LINA's corporate designee, who covers litigation matters throughout the state of California and neighboring states, is unavailable on February 13, due to a previous commitment in another matter.

For all the stated reasons above, IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel of record, and it is respectfully requested that the Court permit and enter an Order to continue the Early Neutral Evaluation Conference currently set for February 13, 2008 for an additional 27 days to the date set forth herein.

DATED: January 22, 2008          GERACI & LOPEZ
                                 STEPHEN F. LOPEZ


                                 By: */s/ Stephen F. Lopez*
                                     STEPHEN F. LOPEZ
                                     E-Mail: steve@gerlop.com
                                     Attorneys for Plaintiff
                                     Conrad Sheff, M.D.


DATED: January 22, 2008          BURKE, WILLIAMS & SORENSEN, LLP
                                 DANIEL W. MAGUIRE


                                 By: */s/ Daniel W. Maguire*
                                     DANIEL W. MAGUIRE
                                     E-Mail: dmaguire@bwslaw.com
                                     Attorneys for Defendants
                                     Life Insurance Company of North
                                     America and Southern California
                                     Permanente Medical Group Long Term
                                     Disability Plan

# **ORDER**

Pursuant to the joint motion of the parties and their respective counsel, IT IS HEREBY ORDERED that the Early Neutral Evaluation Conference currently set for February 13, 2008, is continued to:

Early Neutral Evaluation Conference: _____

IT IS SO ORDERED.

DATED: _____     _____
                              HON. CATHY ANN BENCIVENGO
                              U.S. MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is Burke, Williams & Sorensen, LLP, 444 South Flower Street, Suite 2400, Los Angeles, California 90071-2953.

On January 22, 2008, I served the following document(s) described as **JOINT MOTION TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE; (PROPOSED) ORDER** on the interested party(ies) in this action as follows:

☐ by placing true copies thereof enclosed in a sealed envelope addressed stated on the attached service list.

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope was placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

☐ **BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile. The telephone number of the sending facsimile machine was (213) 236-2700. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder.

☐ **BY HAND DELIVERY:** I delivered such envelope(s) by hand to the office of the addressee(s).

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope(s) to the addressee(s).

☒ **BY ELECTRONIC SERVICE** of the document(s) via Portable Document Format (pdf), by uploading such documents using the court's CM/ECF system case filing which automatically generates Notice of Electronic Filing or NEF which allows recipients to retrieve the document(s) automatically.

1  I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct. I declare that
2  I ☒ am employed in the office of a member of the bar of this court at whose direction the service was made; ☐ served the above document(s) at the direction of
3  a member of the bar of this court.

4  Executed on January 22, 2008, at Los Angeles, California.

5

6  */s/ Mary Musulman*
   MARY MUSULMAN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SERVICE LIST

*Sheff v. Life Ins. Co. of North America, et al.*

Stephen F. Lopez, Esq.
GERACI & LOPEZ
13355 Midland Road, Suite 140
Poway, CA  92064

Tel:  (619) 231-3131
Fax:   (619) 374-1911
E-Mail:  steve@gerlop.com
Attorneys for Plaintiff Conrad Sheff, M.D.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4845-4796-9026 v1                - 7 -                CASE NO. 07 CV 2168 H CAB
                                                          JOINT MOTION TO CONTINUE ENE CONF