UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONRAD SHEFF, M.D., an individual,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania Corporation conducting business in the State of California and doing business as CIGNA GROUP INSURANCE and Does 1 through 50, inclusive,<br><br>　　　　　　　　　　　　Defendant. | Civil No.   07cv2168-H (CAB)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF SETTLEMENT CONFERENCE** |

　　　　On February 13, 2008, the Court held a telephonic Early Neutral Evaluation Conference. The case did not settle. Therefore, the Court discussed compliance with Federal Rules of Civil Procedure, Rule 26 immediately thereafter. Based thereon, IT IS HEREBY ORDERED:

　　　　1.　　Any objections made to initial disclosure pursuant to Federal Rule of Civil Procedure, Rule 26(a)(1)(A)-(D) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections to initial disclosure will be resolved as required by Rule 26.

　　　　2.　　The Rule 26(f) conference shall be completed on or before **February 22, 2008**;

　　　　3.　　The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before **March 7, 2008**;

　　　　4.　　A discovery plan shall be lodged with Magistrate Judge Bencivengo on or before

1

**March 7, 2008**; and,

5. A Mandatory Settlement Conference shall be held on **March 11, 2008**, at **10 a.m.** [See Doc. No. 15 for briefing and attendance requirements for the Mandatory Settlement Conference.]

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

DATED: February 13, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge