GERACI & LOPEZ
STEPHEN F. LOPEZ, State Bar No. 125058
E-Mail: steve@gerlop.com
13355 Midland Road, Suite 140
Poway, CA 92064
Telephone: (619) 231-3131
Facsimile: (619) 374-1911

Attorneys for Plaintiff Conrad Sheff, M.D.

BURKE, WILLIAMS & SORENSEN, LLP
DANIEL W. MAGUIRE, State Bar No. 120002
E-Mail: dmaguire@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Telephone: (213) 236-0600
Facsimile: (213) 236-2700

Attorneys for Defendants
Life Insurance Company of North America and
Southern California Permanente Medical Group
Long Term Disability Plan

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONRAD SHEFF M.D., an individual,<br><br>Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania Corporation conducting business in the State of California and doing business as CIGNA GROUP INSURANCE and Does 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 07 CV 2168 H CAB<br><br>**JOINT DISCOVERY PLAN/ REPORT**<br><br>**Mandatory Settlement Conference**<br>**Date: March 11, 2008**<br>**Time: 10:00 a.m.**<br>**Room: 1131**<br>**Hon. Cathy Ann Bencivengo** |

Pursuant to the Court's order dated February 13, 2008, the parties hereby lodge their Joint Discovery Plan/Report with the Court. Plaintiff Conrad Sheff, M.D., ("Sheff") and Defendants Life Insurance Company of North America

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4815-6477-6962 v1

CASE NO. 07 CV 2168 H CAB
JOINT DISCOVERY PLAN/REPORT

("LINA") and Southern California Permanente Medical Group Long Term Disability Plan ("Plan") conducted their Rule 26(f) conference and discussed the subject of discovery. LINA made its initial disclosures on January 30, 2008. Sheff will make his initial disclosures prior to March 7, 2008.

## I. DISCOVERY PLAN

### A. Introduction

This ERISA benefit recovery action arises from Defendant LINA's determination that Dr. Sheff was not entitled to further long-term disability benefits under his employer's plan, following the expiration of the two year policy limitation period for mental illness. Dr. Sheff claims he is entitled to further benefits based on a physical disability.

The policy vests discretion in LINA to interpret the terms of the plan and determine eligibility for benefits. Defendants contend that LINA's claim determination will therefore be subject to a deferential arbitrary and capricious standard of review, and that the scope of the Court's review will be limited to the administrative record.

Plaintiff believes that a *de novo* standard of review is applicable, and that if he is correct on this issue, discovery is appropriate, which he anticipates will consist of the following:

1. Interrogatories.
2. Deposition of LINA claim representative who denied the claim.
3. Deposition of LINA claim representative that upheld the termination on appeal.
4. Deposition of the LINA claim representative that denied the request for reconsideration.
5. Deposition of the physician that conducted the file review.

///

Defendants believe that such discovery is improper, and will object. Plaintiff may also wish to propound discovery to determine proper standard of review. Defendants and Plaintiff have different views on the scope of permissible discovery. The parties will attempt to resolve their discovery disputes informally. If those efforts are not successful, the parties will seek a ruling from the Court on the scope of discovery, either through a Motion to Compel Discovery filed by Plaintiff, or a Motion for Protective Order filed by Defendants.

Respectfully submitted,

DATED: March 7, 2008

GERACI & LOPEZ
STEPHEN F. LOPEZ


By: */s/ Stephen F. Lopez*
   STEPHEN F. LOPEZ
   steve@gerlop.com
   Attorneys for Plaintiff
   Conrad Sheff, M.D.
   [as authorized on March 7, 2008]

DATED: March 7, 2008

BURKE, WILLIAMS & SORENSEN, LLP
DANIEL W. MAGUIRE


By: */s/ Daniel W. Maguire*
   DANIEL W. MAGUIRE
   dmaguire@bwslaw.com
   Attorneys for Defendants
   Life Insurance Company of North America and Southern California Permanente Medical Group Long Term Disability Plan

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4815-6477-6962 v1

- 3 -

CASE NO. 07 CV 2168 H CAB
JOINT DISCOVERY PLAN/REPORT

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is Burke, Williams & Sorensen, LLP, 444 South Flower Street, Suite 2400, Los Angeles, California 90071-2953.

On March 7, 2008, I served the following document(s) described as **JOINT DISCOVREY PLAN/REPORT** on the interested party(ies) in this action as follows:

☐ by placing true copies thereof enclosed in a sealed envelope addressed stated on the attached service list.

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope was placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

☐ **BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile. The telephone number of the sending facsimile machine was (213) 236-2700. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder.

☐ **BY HAND DELIVERY:** I delivered such envelope(s) by hand to the office of the addressee(s).

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope(s) to the addressee(s).

☒ **BY ELECTRONIC SERVICE** of the document(s) via Portable Document Format (pdf), by uploading such documents using the court's CM/ECF system case filing which automatically generates Notice of Electronic Filing or NEF which allows recipients to retrieve the document(s) automatically.

1  I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct. I declare that I ☒ am employed in the office of a member of the bar of this court at whose direction the service was made; ☐ served the above document(s) at the direction of a member of the bar of this court.

Executed on March 7, 2008, at Los Angeles, California.

*/s/ Mary Musulman*
MARY MUSULMAN

## SERVICE LIST

*Sheff v. Life Ins. Co. of North America, et al.*

Stephen F. Lopez, Esq.
GERACI & LOPEZ
13355 Midland Road, Suite 140
Poway, CA  92064

Tel:  (619) 231-3131
Fax:   (619) 374-1911
E-Mail:  steve@gerlop.com
Attorneys for Plaintiff Conrad Sheff, M.D.