1  BURKE, WILLIAMS & SORENSEN, LLP
   DANIEL W. MAGUIRE, State Bar No. 120002
2  E-Mail: dmaguire@bwslaw.com
   444 South Flower Street, Suite 2400
3  Los Angeles, CA  90071-2953
   Telephone:   (213) 236-0600
4  Facsimile:    (213) 236-2700

5  Attorneys for Defendants
   Life Insurance Company of North America and
6  Southern California Permanente Medical Group
   Long Term Disability Plan
7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11  CONRAD SHEFF M.D., an            CASE NO.  07 CV 2168 H CAB
    individual,
12                                   **NOTICE OF WITHDRAWAL OF
                Plaintiff,           E-FILED DOCUMENT**
13
    v.
14
    LIFE INSURANCE COMPANY OF
15  NORTH AMERICA, a Pennsylvania
    Corporation conducting business in
16  the State of California and doing
    business as CIGNA GROUP
17  INSURANCE and Does 1 through
    50, inclusive,
18
                Defendants.
19

20

21

22      PLEASE TAKE NOTICE that the document entitled "Joint Discovery

23  Plan/Report" (Document 19) previously e-filed by Defendants on March 7, 2008, is

24  hereby withdrawn as it was to be lodged only.

25  / / /

26  / / /

27  / / /

28  / / /

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4852-4475-8018 v1                    CASE NO. 07 CV 2168 H CAB
                                         NOTICE OF WITHDRAWAL

1    DATED:  March 10, 2008          BURKE, WILLIAMS & SORENSEN, LLP
                                     DANIEL W. MAGUIRE
2

3

4                                    By: */s/ Daniel W. Maguire*
                                         DANIEL W. MAGUIRE
5                                        dmaguire@bwslaw.com
                                         Attorneys for Defendants
6                                        Life Insurance Company of North
                                         America and Southern California
7                                        Permanente Medical Group Long Term
                                         Disability Plan

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4852-4475-8018 v1          - 2 -          CASE NO. 07 CV 2168 H CAB
                                              NOTICE OF WITHDRAWAL

## **CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is Burke, Williams & Sorensen, LLP, 444 South Flower Street, Suite 2400, Los Angeles, California 90071-2953.

On March 10, 2008, I served the following document(s) described as **NOTICE OF WITHDRAWAL OF E-FILED DOCUMENT** on the interested party(ies) in this action as follows:

☐ by placing true copies thereof enclosed in a sealed envelope addressed stated on the attached service list.

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope was placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

☐ **BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile. The telephone number of the sending facsimile machine was (213) 236-2700. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by  to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder.

☐ **BY HAND DELIVERY:** I delivered such envelope(s) by hand to the office of the addressee(s).

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope(s) to the addressee(s).

☒ **BY ELECTRONIC SERVICE** of the document(s) via Portable Document Format (pdf), by uploading such documents using the court's CM/ECF system case filing which automatically generates Notice of Electronic Filing or NEF which allows recipients to retrieve the document(s) automatically.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4852-4475-8018 v1                    - 3 -                    CASE NO. 07 CV 2168 H CAB
NOTICE OF WITHDRAWAL

1    I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.  I declare that

2    I ☒ am employed in the office of a member of the bar of this court at whose direction the service was made; ☐ served the above document(s) at the direction of

3    a member of the bar of this court.

4    Executed on March 10, 2008, at Los Angeles, California.

5

6    */s/ Mary Musulman*
MARY MUSULMAN

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4852-4475-8018 v1                - 4 -                CASE NO. 07 CV 2168 H CAB
NOTICE OF WITHDRAWAL

1

## SERVICE LIST

2

*Sheff v. Life Ins. Co. of North America, et al.*

3

4

Stephen F. Lopez, Esq.
GERACI & LOPEZ
13355 Midland Road, Suite 140
Poway, CA  92064

5

6

Tel:  (619) 231-3131
Fax:   (619) 374-1911
E-Mail:  steve@gerlop.com
Attorneys for Plaintiff Conrad Sheff, M.D.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4852-4475-8018 v1                                      - 5 -                        CASE NO. 07 CV 2168 H CAB
NOTICE OF WITHDRAWAL