UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONRAD SHEFF, M.D., an individual,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation conducting business in the state of California and doing business as CIGNA GROUP INSURANCE; and Does 1 through 50, inclusive,<br><br>　　　　　　　　　Defendants. | Civil No.　07cv2168-H (CAB)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

　　On March 11, 2008, the Court held a Mandatory Settlement Conference, and the case settled. Accordingly, IT IS HEREBY ORDERED:

　　1.　A Joint Motion for Dismissal shall be electronically filed on or before **April 28, 2008**.[1] On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Marilyn L. Huff, shall be emailed to the chambers of the Honorable Cathy Ann Bencivengo.[2]

///

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id.* § h, for the chambers' official email address and procedures on emailing proposed orders.

- 1 -

07cv2168

2. If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before April 28, 2008, then a Settlement Disposition Conference shall be held on **April 29, 2008**, at **9:30 a.m.** before Judge Bencivengo. The conference shall be telephonic, with attorneys only. Counsel for Plaintiff shall initiate and coordinate the conference call.

3. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before April 28, 2008, the Settlement Disposition Conference shall be VACATED without further court order.

DATED: March 12, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge