1  GERACI & LOPEZ
   STEPHEN F. LOPEZ, State Bar No. 125058
2  E-Mail: steve@gerlop.com
   13355 Midland Road, Suite 140
3  Poway, CA  92064
   Telephone:  (619) 231-3131
4  Facsimile:  (619) 374-1911

5  Attorneys for Plaintiff Conrad Sheff, M.D.

6  BURKE, WILLIAMS & SORENSEN, LLP
   DANIEL W. MAGUIRE, State Bar No. 120002
7  E-Mail: dmaguire@bwslaw.com
   444 South Flower Street, Suite 2400
8  Los Angeles, CA  90071-2953
   Telephone:  (213) 236-0600
9  Facsimile:   (213) 236-2700

10 Attorneys for Defendants
   Life Insurance Company of North America and
11 Southern California Permanente Medical Group
   Long Term Disability Plan

12

13 UNITED STATES DISTRICT COURT

14 SOUTHERN DISTRICT OF CALIFORNIA

15

| 16 | CONRAD SHEFF M.D., an individual, | CASE NO.  07 CV 2168 H CAB |
|---|---|---|
| 17 | | **JOINT MOTION TO DISMISS ACTION WITH PREJUDICE** |
| 18 | Plaintiff, | |
| 19 | v. | |
| 20 | LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania Corporation conducting business in the State of California and doing business as CIGNA GROUP INSURANCE and Does 1 through 50, inclusive, | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | Defendants. | |

25

26

27 / / /

28 / / /

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4812-6541-2866 v1

CASE NO. 07 CV 2168 H CAB
JOINT MOTION TO DISMISS

TO THE HONORABLE COURT:

Plaintiff Conrad Sheff, M.D. and Defendants Life Insurance Company of North America and Southern California Permanente Medical Group Long Term Disability Plan, hereby jointly move to dismiss this action with prejudice, in its entirety, with each party to bear their own attorneys' fees and costs.

Respectfully submitted,

DATED: April 2, 2008    GERACI & LOPEZ
STEPHEN F. LOPEZ

By: *s/ Stephen F. Lopez*
STEPHEN F. LOPEZ
Attorneys for Plaintiff
Conrad Sheff, M.D.
steve@gerlop.com

DATED: April 11, 2008    BURKE, WILLIAMS & SORENSEN, LLP
DANIEL W. MAGUIRE

By: *s/ Daniel W. Maguire*
DANIEL W. MAGUIRE
Attorneys for Defendants
Life Insurance Company of North America and Southern California Permanente Medical Group Long Term Disability Plan
dmaguire@bwslaw.com

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is Burke, Williams & Sorensen, LLP, 444 South Flower Street, Suite 2400, Los Angeles, California 90071-2953.

On April 11, 2008, I served the following document(s) described as **JOINT MOTION TO DISMISS ACTION WITH PREJUDICE** on the interested party(ies) in this action as follows:

☐ by placing true copies thereof enclosed in a sealed envelope addressed stated on the attached service list.

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope was placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

☐ **BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile. The telephone number of the sending facsimile machine was (213) 236-2700. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder.

☒ **BY ELECTRONIC SERVICE** of the document(s) via Portable Document Format (pdf), by uploading such documents using the court's CM/ECF system case filing which automatically generates Notice of Electronic Filing or NEF which allows recipients to retrieve the document(s) automatically.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct. I declare that I ☒ am employed in the office of a member of the bar of this court at whose direction the service was made; ☐ served the above document(s) at the direction of a member of the bar of this court.

Executed on April 11, 2008, at Los Angeles, California.

*/s/ Mary Musulman*
MARY MUSULMAN

# SERVICE LIST

*Sheff v. Life Ins. Co. of North America, et al.*

Stephen F. Lopez, Esq.
GERACI & LOPEZ
13355 Midland Road, Suite 140
Poway, CA  92064

Tel:  (619) 231-3131
Fax:   (619) 374-1911
E-Mail:  steve@gerlop.com
Attorneys for Plaintiff Conrad Sheff, M.D.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4812-6541-2866 v1

- 4 -

CASE NO. 07 CV 2168 H CAB
JOINT MOTION TO DISMISS