UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONRAD SHEFF M.D., an individual,<br><br>            Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania Corporation conducting business in the State of California and doing business as CIGNA GROUP INSURANCE and Does 1 through 50, inclusive,<br><br>           Defendants. | CASE NO. 07 CV 2168 H CAB<br><br>**ORDER TO DISMISSING ACTION WITH PREJUDICE** |

The Court grants the parties' joint motion and dismisses this matter with prejudice. Each party is to bear their own costs and attorney's fees.

DATED: April 14, 2008

                                HON. MARILYN L. HUFF
                                UNITED STATES DISTRICT JUDGE